# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL NO. 12-0362-CV-W-GAF<br>) |
| 1,149/4 ounce round metal tins, more or less, of an article of drug, labeled in part: | )<br>)<br>) |
| (tin) | )<br>) |
| "*** CHICKWEED HEALING SALVE *** Usage: Good for skin disorders *** Made by: S.A.E.G. ***," | )<br>)<br>)<br>) |
| 244/2 ounce round metal tins, more or less, of an article of drug, labeled in part: | )<br>)<br>) |
| (tin) | )<br>) |
| "*** TO-MOR-GONE *** (Black Salve) *** Ingredients: Blood Root, ***," | )<br>)<br>) |
| 316/1/3 fluid ounce glass bottles, more or less, of an article of drug, labeled in part: | )<br>)<br>) |
| (bottle) | )<br>) |
| "*** R.E.P. *** For sinus infection, *** Made by: S.A.E.G. ***" | )<br>)<br>) |
| and | )<br>) |
| all other quantities of the above articles of drug, in any size and type of container, whether labeled or unlabeled, that are located anywhere on the premises of Notions-n-Things Distribution, 20497 Hwy 65, Bogard, Missouri, and which are labeled or otherwise determined to have originated outside the state of Missouri, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## UNITED STATES' *EX PARTE* MOTION TO SEAL

The United States of America, by its attorneys, David M. Ketchmark, Acting United States Attorney for the Western District of Missouri, and James C. Bohling, Assistant United States Attorney, requests that this court seal the Verified Complaint for Forfeiture, the Warrant for Arrest *in Rem*, this motion, and all other pleadings in this matter until the Warrant for Arrest *in Rem* is executed and the return on the warrant is filed, and in support, states as follows:

1. In this case, the United States seeks to seize the captioned articles at the premises of a distributor located at 20497 Highway 65, Bogard, Missouri in the possession of Notions-n-Things Distribution. The Complaint alleges that the captioned articles are unapproved new drugs, and are misbranded under the Federal Food, Drug, and Cosmetic Act. 21 U.S.C. § 301, *et seq*. *See* 21 U.S.C. § 352.

2. The public filing of the Verified Complaint for Forfeiture, the Warrant for Arrest *in Rem*, or other pleadings in this matter before the warrant is executed could impede the United States Marshal's execution of the seizure warrant sought by the United States. The Federal Rules of Civil Procedure, Supplemental Rule G(3)(c)(ii)(B), contemplates that the Court may seal a civil forfeiture complaint for the purpose of allowing execution of a seizure warrant, and the Court may set a time for the duration of the seal. In this case, the United States is requesting that the seal stay in place until April 2, 2012, or until the warrant is executed and returned to the Court, whichever is sooner.

3. The United States is providing the Court with a proposed order for the Court's consideration.

WHEREFORE, the United States requests that the Verified Complaint for Forfeiture, the Warrant for Arrest *in Rem*, this motion, and all other pleadings in this case be sealed until April

2, 2012, or the execution of the warrant, whichever comes first.

                                                         Respectfully submitted,

                                                         David M. Ketchmark
                                                         Acting United States Attorney

Dated: March 27, 2012                     By: _/s/ James C. Bohling_
                                                         James C. Bohling
                                                         Chief, Monetary Penalties Unit
                                                         Assistant U.S. Attorney
                                                         400 East 9th Street, Room 5510, Kansas City, MO 64106
                                                         (816) 426-4296
                                                         curt.bohling@usdoj.gov