# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL NO. 12-0362-CV-W-GAF |
| 1,149/4 ounce round metal tins, more or less, of an article of drug, labeled in part: | ) |
| (tin) | ) |
| "*** CHICKWEED HEALING SALVE *** Usage: Good for skin disorders *** Made by: S.A.E.G. ***," | ) |
| 244/2 ounce round metal tins, more or less, of an article of drug, labeled in part: | ) |
| (tin) | ) |
| "*** TO-MOR-GONE *** (Black Salve) *** Ingredients: Blood Root, ***," | ) |
| 316/1/3 fluid ounce glass bottles, more or less, of an article of drug, labeled in part: | ) |
| (bottle) | ) |
| "*** R.E.P. *** For sinus infection, *** Made by: S.A.E.G. ***" | ) |
| and | ) |
| all other quantities of the above articles of drug, in any size and type of container, whether labeled or unlabeled, that are located anywhere on the premises of Notions-n-Things Distribution, 20497 Hwy 65, Bogard, Missouri, and which are labeled or otherwise determined to have originated outside the state of Missouri, | ) |
| Defendants. | ) |

## WARRANT FOR ARREST *IN REM*

To the United States Marshal for the Western District of Missouri:

WHEREAS a verified complaint for forfeiture has been filed on March 26, 2012, in the United States District Court for the Western District of Missouri, alleging that the defendants identified in the caption (the "Defendant Articles") are unapproved new drugs and misbranded under the Federal Food, Drug, and Cosmetic Act (the "Act"), 21 U.S.C. §§ 355 (unapproved new drugs) and 352 (misbranding), and subject to seizure, condemnation, and forfeiture to the United States of America ("United States"), pursuant to 21 U.S.C. § 334; and

WHEREAS, the Court being satisfied that, based upon the Verified Complaint For Forfeiture, there is probable cause to believe that the Defendant Articles are unapproved new drugs and misbranded under the Act, and therefore subject to seizure, condemnation, and forfeiture to the United States pursuant to 21 U.S.C. § 334;

YOU ARE, THEREFORE, HEREBY COMMANDED PURSUANT TO RULE G(3)(c), Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims of the Federal Rules of Civil Procedure (the "Supplemental Rules"), to arrest and seize the Defendant Articles. The United States Marshal and other personnel he deems necessary are specifically authorized by the Court to enter the premises known as Notions-n-Things Distribution, 20497 Highway 65, Bogard, Missouri, so as to locate, identify, and seize the Defendant Articles which are the subject of this action and use their discretion and whatever means appropriate to protect and maintain said Defendant Articles, and detain them in your custody or otherwise, including seizure in place, or in the custody of an authorized agency, until further order of this Court. You are authorized and directed to take all necessary actions, including, but not limited to, the United States Marshals' use of reasonable force to effectuate entry to the above-named premises,

including the land and buildings located there; and

YOU ARE FURTHER COMMANDED to publish notice of the seizure in a manner consistent with the Supplemental Rules; and

YOU ARE FURTHER COMMANDED to provide notice of this action to all persons who reasonably appear to be potential claimants of the Defendant Articles by sending such persons a copy of this warrant and a copy of the Verified Complaint For Forfeiture, in a manner consistent with Rule G(4)(b) of the Supplemental Rules. This warrant provides notice that, in order to avoid forfeiture of the Defendant Articles, any person claiming an interest in, or right against the defendant Articles, must file a claim, signed under penalty of perjury, identifying the specific Defendant Articles claimed, identifying the claimant and stating the claimant's interest in the Defendant Articles in the manner set forth in Rule G(5) of the Supplemental Rules. In no event may such claim be filed later than 35 days after the date of notice of the Complaint is sent, or as applicable, no later than 30 days after the final publication of notice of the filing of the Complaint. In addition, any person having filed such a claim must also file an answer to the Complaint not later than 21 days after the filing of the claim, with a copy thereof sent to David M. Ketchmark, Acting United States Attorney for the Western District of Missouri (Attention: Assistant United States Attorney James C. Bohling), 400 East 9th Street, Room 5510, Kansas City, MO 64106.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals who received copies of this matter and the manner employed.

Dated:  March  27, 2012

    /s/ Gary A. Fenner\
   GARY A. FENNER\
   UNITED STATES DISTRICT JUDGE