**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DITRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 12-0362-CV-W-GAF |
| | ) | |
| 1,149/4 ounce round metal tins, more or less of an article of drug, labeled in part; | ) ) ) | |
| | ) | |
| (tin) | ) | |
| | ) | |
| "*** CHICKWEED HEALING SALVE *** Usage: Good for skin disorders *** Made by: S.A.E.G. ***," | ) ) ) ) | |
| | ) | |
| 244/2 ounce round metal tins, more or less of an article of drug, labeled in part; | ) ) ) | |
| | ) | |
| (tin) | ) | |
| | ) | |
| "*** TO-MOR-GONE ***     (Black Salve) *** Ingredients: Blood Root, ***," | ) ) | |
| | ) | |
| 316/1/3 fluid ounce glass bottles, more or less of an article of drug, labeled in part; | ) ) ) | |
| | ) | |
| (bottle) | ) | |
| | ) | |
| "***R.E.P. *** For sinus infection *** Made by: S.A.E.G. ***" | ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| all other quantities of the above articles of drug, in any size and type of container, whether labeled or unlabeled, that are located anywhere on the premises of Notions-n-Things Distribution, 20497 Hwy 65, Bogard, | ) ) ) ) ) ) | |

1

Missouri, and which are labeled or )
otherwise determined to have originated )
outside the state of Missouri, )
)
        Defendants. )

## CLAIM

Claimant Samuel A. Girod, owner of S.A.E.G with a residence at 409 Satterfield Lane,

Owingsville, Kentucky 40360 intervenes in this proceeding for the interest of himself as the

owner of the items listed in the heading above in this case, which were seized by the U.S.

Marshal, to wit:

1. 1149 four ounce cans of Chickweed Healing Salve;
2. 244 two ounce cans of TO-MOR-GONE;
3. 316 bottles of containing 1/3 fluid ounces of R.E.P.; and
4. All other quantities of the above listed items.

As the owner, Claimant Girod hereby makes claim to the above listed items as the same as

attached on March 28, 2012 by the U.S. Marshal for this district under process of this Court at

the instance of the United States of America, plaintiff.

Claimant Girod further states that he is the true and bona fide sole owner of the items seized

as listed above and that no other person is the owner.

## VERIFICATION

Pursuant to 28 U.S.C. §1746, I, Samuel A. Girod, affirm the under penalty of perjury that the

information in the foregoing claim is true and correct as evidenced by my signature below.

Dated May 14, 2012

                              _____

                              Samuel A. Girod
                              409 Satterfield Lane
                              Owingsville, Kentucky 40360

2

## CERTIFICATION OF SERVICE

I, the undersigned, do hereby affirm that on May 14, 2012, of the foregoing Claim was sent via first class prepaid United States Mail and addressed to:

James Curt Bohling, AUSA
Chief, Monetary Penalties Unit
400 E. 9th Street, Fifth Floor
Kansas City Missouri 64106

_____
Samuel A. Girod